IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 17 2012
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Magistrate No.: 8:00MJ95 |
| JAIME TRUJILLO, | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 3) in the above-captioned case be granted as requested.

DATED this 17 day of September 2012.

F.A. GOSSETT
United States Magistrate Judge